USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

United States Courts
Southern District of Texas
FILED

*July 30, 2025*

No. **4:25-cr-404**

HOUSTON DIVISION

USAO Number:  2023R02977

Magistrate Number:

CRIMINAL INDICTMENT

Filed   Nathan Ochsner, Clerk of Court

Judge:   **Hittner**

UNITED STATES of AMERICA

vs.

**ATTORNEYS:**

**NICHOLAS J. GANJEI, USA**                **(713) 567-9000**

STEVEN SCHAMMEL, AUSA                (713) 567-9000

| | | | Appt'd | Private |
|---|---|---|---|---|
| DEREK MCCOY | GARY TABAKMAN | 713-429-1624 | ☐ | ☑ |
| DEENA HIGGINBOTHAM | CHARLES FLOOD | 713-223-8877 | ☐ | ☑ |
| JOHN MONTGOMERY | ERIN EPLEY | 713-523-7878 | ☐ | ☑ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

CHARGE:

(TOTAL)
(COUNTS:)
(  1  )

Ct.1: Conspiracy  [18 USC § 371] to commit violations of  the Federal Water Pollution Control Act (the "Clean Water Act" or "CWA"), 33 U.S.C. § 1251 et seq.

PENALTY:   Ct.1: 5 years in prison, up to $250,000 in fines, and not more 3 years srt.

☐ In Jail

☐ On Bond

☑ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: