USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

USAO Number: 2023R02977

Magistrate Number:

CRIMINAL INFORMATION

United States Courts
Southern District of Texas
FILED

*June 09, 2026*

Nathan Ochsner, Clerk of Court

Filed  06/08/2026

No.  4:25-cr-404-2

Judge:  Hon. David Hittner

## UNITED STATES of AMERICA

vs

## DEENA HIGGINBOTHAM

**ATTORNEYS:**

| | Appt'd | Private |
|---|---|---|
| **John G.E. Marck, Acting USA** | | **(713) 567-9000** |
| Liesel Roscher, AUSA | | (713) 567-9000 |
| CHARLES FLOOD | ☐ | ☒ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Violation of the Federal Water Pollution Control Act [33 U.S.C. § 1319(c)(4) and 18 U.S.C. § 2 ]

PENALTY:  Ct. 1:  Not more than 2 year of imprisonment and or a fine up to $250,000, and not more than 1 year SRT, $100 SA

☐ In Jail

☒ On Bond

☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS:  Re-arraignment set 6/11/2026 at 1030AM