United States Courts
Southern District of Texas
FILED

*June 09, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 4:25-cr-404-3** |
| | § | |
| **JOHN MONTGOMERY** | § | |
| | § | |
| **Defendant.** | § | |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

**(Federal Water Pollution Control Act – 33 U.S.C. § 1319(c)(4))**

From on or about February 9, 2021, until on or about February 14, 2024, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

JOHN MONTGOMERY,

and other persons known and unknown, each aiding, abetting, and assisting one another, did knowingly make false material statements, representations, or certifications in records, reports, or other documents filed or required to be maintained under the Federal Water Pollution Control Act (33 U.S.C. Sections 1251-

1376, otherwise known as the "Clean Water Act"), that is on approximately 36 occasions between February 9, 2021, and February 14, 2024, the defendant did make or cause to be made a false material statement related to the treatment and discharge of wastewater and of other information required to be maintained by the Clean Water Act.

In violation of Title 33, United States Code, Section 1319(c)(4), and Title 18, United States Code, Section 2.

JOHN G.E. MARCK
ACTING UNITED STATES ATTORNEY


By:    _____
LIESEL L. ROSCHER
Assistant United States Attorney

NATHAN H. STOPPER
Special Assistant United States Attorney